# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jenkins, Elizabeth A. | U.S. District Court | 07/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

801 N. Fla. Ave., Ste. 1132
Tampa, Florida 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Ed. Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. monthly | | State of Florida, wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | UF Law Center for Governmental Responsibility | 5/9/11-5/9/11 | Gainesville, Florida | non-judicial education | lodging, meals, mileage |
| 3. | E-Discovery Institute | 9/7/11-9/9/11 | Amelia Island, Florida | non-judicial education | lodging, meals, airfare |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HTC, Ltd. | D | Rent | L | W | | | | | See Pt. VIII |
| 2. Real Estate, ▨▨▨ - Parcel 1 | | None | N | W | | | | | |
| 3. Real Estate, ▨▨▨ - Parcel 2 | | None | M | W | | | | | |
| 4. Wachovia Mon. Mkt. Acct | A | Interest | J | W | | | | | |
| 5. Real Estate, Alachua County, Florida | | None | J | W | | | | | |
| 6. IRA #1 | C | Int./Div. | M | T | | | | | |
| 7. -Art. Int. Fund | | | | | | | | | |
| 8. -Julius Baer Int. Fund | | | | | | | | | |
| 9. -Art Mid-Cap Fund | | | | | | | | | |
| 10. -Schwab Premier Equity Fund | | | | | | | | | |
| 11. Vanguard Star Fund | A | Int./Div. | J | T | | | | | |
| 12. Bank of America acct | A | Interest | J | T | | | | | |
| 13. Schwab Adv. Mon. Mkt Fund | A | Interest | L | T | | | | | |
| 14. Vanguard Primecap Fund* | A | Int./Div. | M | T | | | | | See Pt. VIII |
| 15. Royce Low Price Stock Fund | A | Int./Div. | K | T | | | | | |
| 16. Schwab 1000 Fund | A | Int./Div. | J | T | | | | | |
| 17. Baron Asset Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Grw. Index Fund | A | Int./Div. | J | T | | | | | |
| 19. Vanguard Cap. Opp. Fund | B | Int./Div. | J | T | | | | | |
| 20. Gabelli Grw. Fund | A | Int./Div. | J | T | | | | | |
| 21. Vanguard Muni Int. Fund | A | Int./Div. | K | T | | | | | |
| 22. Real Estate, Macon County, North Carolina | | None | K | W | | | | | |
| 23. Baygulf FCU acc't | A | Interest | L | T | | | | | |
| 24. Wasatch MicroCapvalue Fund | A | Int./Div. | K | T | | | | | |
| 25. Home Depot com. stk. | A | Dividend | | | Sold | 11/16/11 | J | | |
| 26. T. Rowe Price Mid-Cap Fund | A | Int./Div. | J | T | | | | | |
| 27. Royce Premier Fund | A | Dividend | J | T | | | | | |
| 28. Vanguard Treasury Mon. Mkt. Fund | B | Interest | L | T | | | | | |
| 29. Vanguard Short Term Fed. Fund. Inv. | A | Int./Div. | K | T | | | | | |
| 30. Janus Contrarian Fund | A | Int./Div. | J | T | | | | | |
| 31. Vanguard Tx-Exempt Mon. Mkt Fund * | A | Interest | J | T | | | | | See Pt. VIII |
| 32. Vanguard Sp. Health Fund | A | Int./Div. | K | T | | | | | |
| 33. Intel Com. Stk | A | Dividend | J | T | | | | | |
| 34. Texas Instr. Com. Stk | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GE Com. Stk. | A | Dividend | J | T | | | | | |
| 36. Bed, Bath Beyond Com. Stk. | A | Dividend | | | Sold | 11/16/11 | J | D | |
| 37. Adobe Com Stk. | A | Dividend | K | T | | | | | |
| 38. T. Rowe Price Eur. Med. Em. Mkt. Fund (y) | | | | | | | | | See Pt. VIII |
| 39. T. Rowe Price Em. Mkt. Fund (y) | | | | | | | | | See Pt. VIII |
| 40. Oakmark Equity Inc Fund | A | Int./Div. | | | Sold | 02/10/11 | J | A | |
| 41. Quant. Emerg. Mkt. Fund | A | Int./Div. | | | Sold | 11/01/11 | J | A | |
| 42. Vanguard Energy Fund | A | Int./Div. | J | T | | | | | |
| 43. FBR Small Cap Fund | A | Int./Div. | J | T | | | | | |
| 44. Columbia Acorn Z Fund(formerly Royce) | A | Int./Div. | J | T | | | | | |
| 45. Janus Grw. Inc. Fund | A | Int./Div. | J | T | | | | | |
| 46. Fidelity Select Materials Fund | A | Int./Div. | J | T | | | | | |
| 47. Educational Trust I: | B | Int./Div. | M | T | | | | | |
| 48. -FPA New Income Fund | | | | | Sold | 12/30/11 | J | | |
| 49. -Merrill Lynch CMA Mon. Mkt. | | | | | | | | | |
| 50. -Allianz Sm. Cap Value (formerly Pimco Fund) | | | | | Sold (part) | 8/11/11 | J | B | |
| 51. -Blackstone Global Sm.Cap Fund (formerly MLynch SmCapFund) | | | | | Sold | 09/13/11 | J | | See Pt. VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -First Eagle Global Fund | | | | | | | | | |
| 53. -Invest. Co. Am. Fund | | | | | Sold (part) | 09/13/11 | J | A | |
| 54. -Baron Partners Fund | | | | | | | | | |
| 55. -Berkshire Hathaway common stock B | | | | | Sold (part) | 10/19/11 | J | | |
| 56. -Pimco All Asset All Authority Fund | | | | | Sold | 12/30/11 | K | | |
| 57. -Highland Long Short Equity Fund | | | | | | | | | |
| 58. IRA #2: | B | Int./Div. | O | T | | | | | |
| 59. -T. Rowe Price Mid-Cap Fund | | | | | | | | | |
| 60. -Royce Premier Fund | | | | | | | | | |
| 61. -NB Genesis Fund | | | | | | | | | |
| 62. -Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 63. -Fed. Mid-Cap. Fund | | | | | | | | | |
| 64. -J.P. Morgan Mid-Cap Value Fund | | | | | | | | | |
| 65. -Lazard Em. Mkt. Fund | | | | | | | | | |
| 66. -FRS Aggressive Balanced Fund | | | | | | | | | |
| 67. -FRS Lge. Cap. Fund | | | | | | | | | |
| 68. -Pru Mid Cap Quant.Core Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -FRS Foreign Stock Index Fund | | | | | | | | | |
| 70. -American New Perspective Fund | | | | | | | | | |
| 71. -Matthews China Fund | | | | | Sold | 11/14/11 | J | A | |
| 72. -Am. Pacific Grw Fund | | | | | | | | | |
| 73. -T. Rowe Price Lat. Am. Fund | | | | | | | | | |
| 74. -Wasatch Emerg. Mkt. Sm. Cap. Fund | | | | | | | | | |
| 75. -Wasatch Em. Mkt. Fund | | | | | | | | | |
| 76. -T. Rowe Price New Era Fund (y) | | | | | | | | | Part VIII |
| 77. -Vanguard Inflation Protect. Fund | | | | | | | | | |
| 78. -Ford Motor Co. Com. Stk. | | | | | | | | | |
| 79. -Embridge Energy Partnership Fund | | | | | | | | | |
| 80. -Copano Energy LLC | | | | | | | | | |
| 81. -MFA Financial | | | | | Buy (add'l) | 07/19/11 | J | | |
| 82. -Fidelity Select Materials | | | | | | | | | |
| 83. -Metro. West Bond Fund | | | | | | | | | |
| 84. -Newberger Berman RE Fund | | | | | | | | | |
| 85. -Annnaly Capital Mgt. Fund | | | | | Buy (add'l) | 07/20/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Marsico Flexible Cap. Fund | | | | | | | | | |
| 87. -Reynolds Blue Chip Fund | | | | | | | | | |
| 88. -Scout Mid Cap Fund | | | | | Buy | 07/20/11 | J | | |
| 89. -Cypress Sharpridge Invest. | | | | | Buy | 07/19/11 | J | | |
| 90. -Am. Cap. Agency REIT | | | | | Buy | 07/19/11 | J | | |
| 91. Fidelity Canada Fund | A | Int./Div. | | | Sold | 09/27/11 | J | A | |
| 92. Fidelity Latin Fund | A | Int./Div. | | | Sold | 09/27/11 | K | | |
| 93. Fidelity Select Gold Fund | A | Int./Div. | J | T | | | | | |
| 94. Needham Agg. Gr. Fund | A | Int./Div. | J | T | Buy | 06/28/11 | J | | |
| 95. Montetta Young Inv. Fund | A | Int./Div. | K | T | | | | | See Pt. VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The asset listed at Pt. VII, line 1, has rental property located in Alachua County, Florida, listed on line 5 as an asset.

2. Monthly additional purchases of assets marked with an asterisk (*) are made in increments of $500 or less. Additional purchases of larger amounts of the same asset are specifically noted, if applicable, in Part VII, column D.

3. The asset listed in Pt. VII, line 38, was listed three times in error in the 2010 FDR (line 40, line 70, and line 82). It is only one asset, not three. Also, it was sold during 2010, and I inadvertently left that off my report. I respectfully amend my 2010 report to include the following information for this asset: Column B1(1): A; Column B(2): Int/Div; Column D(1): sell; Column D(2) 11/4/10; Column D(3): J; and Column D(4) leave blank.

4. The asset listed in Pt. VII, line 39, was sold during 2010, and I inadvertently left that off my report. I respectfully amend my 2010 report to include the following information for this asset: Column B1(1): A; Column B(2): Int/Div; Column D(1): sell; Column D(2) 11/4/10; Column D(3): J; and Column D(4) leave blank..

5. The asset listed in Pt. VII, line 76, was sold during 2010, and I inadvertently left that off my report. I respectfully amend my 2010 report to include the following information for this asset: Column B1(1): A; Column B(2): Int/Div; Column D(1): sell; Column D(2) 11/4/10; Column D(3): J; and Column D(4) leave blank..

6. The asset listed in Pt. VII, line 95, was acquired during 2010, and I inadvertently left that off my report. I respectfully amend my 2010 report to include the following information for this asset: Column B1(1): A; Column B(2): Int/Div; Column D(1): buy; Column D(2): 12/17/10; Column D(3): K; and Column D(4) leave blank..

| Name of Person Reporting | Date of Report |
|---|---|
| Jenkins, Elizabeth A. | 07/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Jenkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544